IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERNEST COLEMAN,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2015

Opinion filed September 20, 2017.

An appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Ernest Coleman, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 DISMISSED. See Fla. R. App. P. 9.110(b) (notice of appeal must be filed within 30 days of rendition of order to be appealed).

RAY, BILBREY, and WINSOR, JJ., CONCUR.